FILE COPY

No. 07-13-00151-CV

| | | |
|---|---|---|
| Texas Farm Bureau Casualty Insurance Company<br> Appellant | § | From the 181st District Court<br> of Randall County |
| | § | |
| v. | § | May 26, 2015 |
| | § | Opinion by Justice Campbell |
| Brittni Sampley<br> Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 26, 2015, it is ordered, adjudged and decreed that the orders of the trial court are affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o